**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 293 WAL 2021
                                        :

          Respondent                 :

                                        :  Petition for Allowance of Appeal
                                        :  from the Order of the Superior Court

          v.                         :

                                          :

DEREK MICHAEL TURNER,             :

                                        :

          Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.